IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**LARRY HALL**                                                                                           **PETITIONER**

**v.**                              **5:05CV00215-WRW/JFF**

**LARRY NORRIS, Director,**
**Arkansas Department of**
**Correction**                                                                                           **RESPONDENT**

## JUDGMENT

Pursuant to the Proposed Findings and Recommendations filed in this matter, it is Considered, Ordered, and Adjudged that Petitioner's petition for writ of habeas corpus is dismissed with prejudice and that Respondent's motion to dismiss Petitioner's habeas petition on the basis that it was not filed within the AEDPA's statute of limitations is denied.

IT IS SO ADJUDGED this 13th day of February, 2006.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE